Prob 12C
(Rev. 3/95 D/HI)

**ORIGINAL**

**United States District Court**

for the

**DISTRICT OF HAWAII**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2007

at __10__ o'clock and __55__ min __P__ M
SUE BEITIA, CLERK

U.S.A. vs. MICAH C.K. KALUNA                Docket No. CR 02-00446-01

**AMENDED FOR COURSE OF ACTION**
(Statement of Alleged Violations of Probation)

COMES NOW FITUINA F. TUA, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of MICAH C.K. KALUNA who was placed on supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii, on the 25th day of July 2003, who fixed the period of supervision at 6 months and imposed the general terms and conditions of probation theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

2. That the defendant is prohibited from possessing any illegal or dangerous weapons.

3. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

**Probation Warrant Issued:** On 10/10/03, the Court issued a violation of probation warrant for the offender's arrest based on Violation Nos. 1 to 4. Subsequently, the probation warrant was voided in light of U.S. V. VARGAS-AMAYA, NO. 03-50577, 2004 WL 2650821, (9TH CIRCUIT, 11/22/04) and the warrant was re-issued on 1/12/05.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Probation

That the petition for Request for Course of Action dated 1/10/05 and filed on 1/12/05 be amended to include Violation Nos. 1 to 4 as follows:

1. On 8/4/03, 8/7/03, 8/14/03, 8/21/03, 9/3/03, and 9/18/03, Mr. Kaluna failed to report to the Probation Office as instructed; and Mr. Kaluna failed to submit Monthly Supervision Reports for the months of August, September, and October 2003, all in violation of Standard Condition No. 2.

2. Mr. Kaluna failed to notify the Probation Officer 10 days prior to any change in residence, in violation of Standard Condition No. 6.

Prob 12C
(Rev. 3/95 D/HI)

2

3. Mr. Kaluna failed to enroll in The Salvation Army Adult Rehabilitation Center, a residential substance abuse program, as instructed on 9/16/03, in violation of Special Condition No. 1.

4. On 6/14/04, Mr. Kaluna was convicted in State of Hawaii, Circuit Court of the First Circuit, for Unauthorized Control of Propelled Vehicle, in violation of the General Condition and Hawaii Revised Statutes § 708-836.

Based on the above, the U.S. Probation Officer recommends that the petition for Request for Course of Action dated 1/10/05 and filed on 1/12/05 be amended to include Violation Nos. 1 to 4.

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[✓]   That the petition for Request for Course of Action dated 1/10/05 and filed on 1/12/05 be amended to include Violation Nos. 1 to 4, and that the offender be brought before the Court to show cause why supervision should not be revoked.

[ ]   Other

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/9/07

FITUINA F. TUA
Senior U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Prob 12C
(Rev. 3/95 D/HI)

3

## ORDER OF COURT

THE COURT ORDERS that the petition for Request for Course of Action dated 1/10/05 and filed on 1/12/05 be amended to include Violation Nos. 1 to 4, and that the offender be brought before the Court to show cause why supervised release should not be revoked.

Considered and ordered this 9th day of May, 2007, and ordered filed and made a part of the records in the above case.

_____
BARRY M. KURREN
U.S. Magistrate Judge

Re:   KALUNA, Micah C.K.
      Criminal No. CR 02-00446-01
      REVOCATION OF PROBATION

## STATEMENT OF FACTS

On 7/25/03, Mr. Kaluna pled guilty to Theft of Government Property, a misdemeanor, and was sentenced by the Honorable Leslie E. Kobayashi to 6 months probation with the special conditions noted on the facesheet of the petition. Following sentencing, Mr. Kaluna was arrested by state authorities on outstanding warrants. Mr. Kaluna remained in state custody until 7/30/03 and reported to the Probation Office on 8/1/03.

On 8/13/03, Mr. Kaluna signed Probation Form 7A acknowledging that he understood the terms and conditions of probation that included General Condition - That he shall not commit another federal, state, or local crime; Standard Condition No. 2 - That he shall report to the probation officer and shall submit a truthful monthly supervision report within the first 5 days of each month; Standard Condition No. 6 - That he shall notify the probation officer at least 10 days prior to any change in residence; and Special Condition No. 1 - That he shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

While on supervision, Mr. Kaluna violated the noted terms and conditions of probation and as a result, a No Bail warrant was issued on 10/10/03. Subsequently on 11/18/03, Mr. Kaluna was arrested and charged by the Honolulu Police Department (HPD) for Unauthorized Control of Propelled Vehicle. Following his arrest by HPD, the No Bail warrant issued by Your Honor was lodged with state authorities as a detainer. The federal probation warrant issued on 10/10/03 however was later voided in light of U.S. V. VARGAS-AMAYA, NO 03-50577, 2004 WL 2650821, (9TH CIRCUIT, 11/22/04) and it was later re-issued and filed on 1/12/05.

### Violation No. 1:

**Failure to Report to the Probation Office**: On 8/1/03, Mr. Kaluna reported to the Probation Office and reported that he was released from state custody on 7/30/03. During this appointment, Mr. Kaluna was instructed to report to the Probation Office on **8/4/03**. Mr. Kaluna acknowledged that he understood the instruction and agreed to return on 8/4/03. On 8/4/03, Mr. Kaluna failed to report as instructed on 8/1/03.

On 8/5/03, we telephonically contacted Mr. Kaluna at his residence and instructed him to report to the Probation Office on **8/7/03**, which he again failed to do. On 8/8/03, we telephonically contacted Mr. Kaluna's residence and left messages with his sister and his girlfriend instructing Mr. Kaluna to immediately contact the Probation Office. On 8/12/03, we telephonically contacted Mr. Kaluna at his residence and he admitted that he failed to report to the Probation Office on 8/7/03. In explanation, he claimed that he was at a

Re:   KALUNA, Micah C.K.
      Criminal No. CR 02-00446-01
      REVOCATION OF PROBATION
      STATEMENT OF FACTS - Page 2

meeting with the Child Protective Service and could not attend our scheduled meeting. He also admitted that he should have contacted the Probation Office because of his scheduling conflict.

On 8/13/03, Mr. Kaluna reported to the Probation Office and admitted that he had relapsed and had used methamphetamine 7 or 8 days prior to our meeting of 8/13/03. He was instructed to report to the Probation Office on **8/14/03** for the purpose of being referred for a substance abuse treatment and mental health assessment. According to Mr. Kaluna, he had an appointment with the Labor Union on the morning of 8/14/03 and would see the Probation Officer after his meeting. On 8/14/03, Mr. Kaluna failed to report as instructed on 8/13/03.

On 8/18/03, we telephonically contacted Mr. Kaluna's mother who claimed that her car had overheated and she could not drive her son to his meeting with the Probation Officer on 8/14/03. The mother reported that her son had a scheduled appointment with his state probation officer on **8/21/03**, and he could meet with this Probation Officer after his meeting. On 8/21/03, Mr. Kaluna failed to report as instructed. On 8/29/03, Mr. Kaluna's mother confirmed that she did tell her son to meet with this officer on 8/21/03 and that she was surprised that her son failed to report as instructed. We informed the mother to instruct her son to report to the Probation Office on **9/3/03**, which he failed to do.

On 9/11/03, we contacted Assistant Federal Public Defender William M. Domingo and sought his assistance in trying to bring Mr. Kaluna into compliance with the terms and conditions of probation. On 9/15/03, Mr. Kaluna contacted the Probation Office and left a message indicating that he had called. On 9/16/03, we learned that Mr. Kaluna was residing at Nanakuli Beach park with his girlfriend, Kristin Papas. We later learned from Mr. Kaluna's mother that her son was living at his grandmother's residence in Nanakuli. We telephonically contacted Mr. Kaluna and instructed him to report to the Probation Office on **9/18/03**. Mr. Kaluna admitted that he had relapsed and was struggling financially and emotionally. He was instructed to enroll in The Salvation Army Adult Rehabilitation Center (SAARC) and to report to the Probation Office on 9/18/03, if he was not admitted into SAARC. On 9/18/03, Mr. Kaluna failed to report to the Probation Office and failed to enroll in SAARC.

**Failure to Submit Monthly Supervision Reports**: During the orientation to the probation conditions on 8/13/03, Mr. Kaluna was instructed that Monthly Supervision Reports (MSRs) were due to the Probation Office by the 5th day of each month. In this regard, his probation began on 7/25/03. An MSR was due by 8/5/03, 9/5/03, and 10/05/03. Mr. Kaluna failed to submit these MSRs.

Re: **KALUNA, Micah C.K.**
**Criminal No. CR 02-00446-01**
**REVOCATION OF PROBATION**
**STATEMENT OF FACTS - Page 3**

**Violation No. 2 - Failure to Notify the Probation Officer 10 Days Prior to Change in Residence:** From the start of the probation term, Mr. Kaluna's reported residence was 86-219 Moekolu Street, Waianae, Hawaii 96792. On 9/16/03, we learned that Mr. Kaluna was residing at Nanakuli Beach park with his girlfriend, Kristin Papas. We later learned from Mr. Kaluna's mother that her son was living at his grandmother's residence in Nanakuli. Mr. Kaluna failed to notify this officer 10 days prior to a change in his residence.

**Violation No. 3 - Failure to Enroll in The Salvation Army Adult Rehabilitation Center:** As indicated in Violation No. 1, during a telephone conversation with the offender on 9/16/03, this officer instructed Mr. Kaluna to enroll in The Salvation Army Adult Rehabilitation Center (SAARC) and to report to the Probation Office on 9/18/03, if he was not admitted into SAARC. On 9/18/03, Mr. Kaluna failed to report to the Probation Office and failed to enroll in SAARC.

**Violation No. 4 - On 6/14/04, Mr. Kaluna was convicted in State of Hawaii, Circuit Court of the First Circuit, for Unauthorized Control of Propelled Vehicle (UCPV), in violation of the General Condition and Hawaii Revised Statutes § 708-836:** On 6/14/04, Mr. Kaluna was convicted in First Circuit Court, State of Hawaii, for UCPV and was sentenced to 5 years imprisonment with a mandatory minimum (as a repeat offender) of 1 year and 2 months imprisonment. On 6/14/04, he was also resentenced for state probation violations. He was on state probation for Count 3: Theft in the Second Degree, Count 2: Kidnaping, and Count 4: UCPV. As to Count 2: Kidnaping, he was resentenced to 10 years imprisonment and as to Count 3: Theft in the Second Degree and Count 4: UCPV, he was sentenced to 5 years imprisonment for each count with all terms to run concurrently.

With respect to the law violation charged in Violation No. 5, according to the HPD report, on 11/16/03, Steve C. Farmer contacted HPD and reported a burglary of his residence located at 96-1350 Wahone Street. His vehicle, a blue 1999 Dodge Dakota pickup truck (license no. 580 KBE) was also stolen during the burglary. On 11/18/03, HPD officers were dispatched to Paakea Road due to a domestic argument between the offender and a female. The offense took placed in a pickup truck. Witnesses reported that the offender and the female later drove away. HPD officers located the truck 5 minutes later at the offender's mother's house located at 86-219 Moekolu Street (a few blocks away from the domestic abuse site). HPD officers searched the residence and found the offender hiding in the carport behind a sofa. The offender was subsequently arrested for UCPV and outstanding beach warrants.

The offender has remained in state custody since 11/18/03. On 5/3/07, we learned that on or about 5/9/07, the offender is scheduled to appear before the state Hawaii

Re: **KALUNA, Micah C.K.**
**Criminal No. CR 02-00446-01**
**REVOCATION OF PROBATION**
**STATEMENT OF FACTS - Page 4**

Paroling Authority for parole consideration. Should the offender be paroled by the state authorities, the offender will be transferred to federal custody pursuant to the No Bail warrant.

We request that the revocation petition be amended to include Violation Nos. 1 to 4 and that the offender appear before the Court to show cause why supervision should not be revoked.

Respectfully submitted by,

FITUINA F. TUA
Senior U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

FFT/pts

Re:  KALUNA, Micah C.K.
     Criminal No. CR 02-00446-01
     REVOCATION OF PROBATION
     STATEMENT OF FACTS - Page 5

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

There do not appear to be any other special conditions that warrant consideration at this time.