AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00446 |
| MICAH C.K. KALUNA | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MICAH C.K. KALUNA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to Show Cause why supervision should not be revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2007

at 8 o'clock and 50 min A M
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | September 6, 2005 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   NO BAIL          By: Barry M. Kurren, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| Date Received 6/21/2007  Date of Arrest 6/21/2007 | NAME AND TITLE OF ARRESTING OFFICER Anty J Cole USM | SIGNATURE OF ARRESTING OFFICER |