# MINUTES

CASE NUMBER:     CR NO. 02-00446

CASE NAME:       USA vs. MICAH C.K. KALUNA

ATTYS FOR PLA:   Gabriel Colwell

ATTYS FOR DEFT:  Pamela J. Byrne

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:     06/26/2007                   TIME:       3:39-3:53

COURT ACTION: EP: Order to Show Cause as to Why Probation Should Not Be Revoked - Defendant present in custody.

Defendant admits to all alleged violation of his probation. Allocution by Defendant. Court revokes Defendant's probation.

Arguments heard.

SENTENCE:

Imprisonment: 9 Months
Supervised Release: None

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager