AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

ORIGINAL
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 29 2007
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MICAH C.K. KALUNA**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: 1:02CR00446-001<br>USM Number:<br>Pamela J. Byrne, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s)   1, 2 and 6   of the term of supervision.
[ ] was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Residence Address:

Defendant's Mailing Address:

June 26, 2007
Date of Imposition of Sentence

_Leslie E. Kobayashi_
Signature of Judicial Officer

**LESLIE E. KOBAYASHI**, United States Magistrate Judge
Name & Title of Judicial Officer

6/29/07
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:02CR00446-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | MICAH C.K. KALUNA | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Defendant failed to report to the Probation Office as instructed on 8/1/03, 8/5/03, 8/13/03, 8/18/03, 8/29/03 and 9/16/03 and failed to submit Monthly Supervision Reports in August and September 2003 | 8/4/03, 8/7/03, 8/14/03, 8/21/03, 9/3/03 and 9/18/03 |
| 2 | Defendant failed to notify Probation Officer 10 days prior to any change of residence | |
| 3 | Defendant failed to enroll in the Salvation Army Adult Rehabilitation Center, a residential substance abuse program, as instructed on 9/16/03 | 9/16/03 |
| 4 | Defendant failed to comply with drug testing | 8/4/03, 8/7/03, 8/14/03, 8/21/03, 9/3/03 and 9/18/03 |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:   1:02CR00446-001                                 Judgment - Page 3 of 3
DEFENDANT:     MICAH C.K. KALUNA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 9 MONTHS

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                                                     UNITED STATES MARSHAL

                                                        By   _____
                                                                                  Deputy U.S. Marshal